# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  : No. 97 MM 2020

Respondent :

v. :

PHIL WILLIAM FINN, JR., :

Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the "Application for Assignment of Counsel" is DENIED.